1  GARY T. LAFAYETTE (State Bar No. 088666)
   EDWIN J. WILSON (State Bar No. 048881)
2  FORREST E. FANG (State Bar No. 122805)
   LAFAYETTE & KUMAGAI LLP
3  100 Spear Street, Suite 600
   San Francisco, CA 94105
4  Telephone:  (415) 357-4600
   Facsimile:   (415) 357-4605
5

6  STEPHEN D. HIBBARD (State Bar No. 177865)
   AZADEH GOWHARRIZI (State Bar No. 239938)
7  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
8  San Francisco, CA 94105-2723
   Telephone: (415) 616-1100
9  Facsimile:  (415) 616-1199

10 VICKI S. VEENKER (State Bar No. 158669)
   ADAM P. NOAH (State Bar No. 198669)
11 SHEARMAN & STERLING LLP
   1080 MARSH ROAD
12 Menlo Park, CA  94025
   Telephone: (650) 838-3600
13 Facsimile : (650) 838-3699

14 Attorneys for Plaintiff
   XFIRE, INC.

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19 | XFIRE, INC.,                          | Case No.: CV 06 6475 SI
20 |                   Plaintiff,          | **STIPULATION AND [PROPOSED]
   |                                       | ORDER RESCHEDULING INITIAL
21 |         v.                            | CASE MANAGEMENT CONFERENCE
   |                                       | AND EXTENDING TIME TO
22 | IGN ENTERTAINMENT, INC.,              | RESPOND TO COMPLAINT**
23 |                   Defendant.          |

24

25

26

27

28

STIPULATION RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME
TO RESPOND TO COMPLAINT                   1
CASE NO. CV 06 6475 SI

1   WHEREAS the parties to the above-captioned matter have reached a settlement in
2   principle with respect to this action and are in the process of negotiating a settlement agreement,
3   WHEREAS the date by which defendant IGN Entertainment, Inc. must currently respond
4   to plaintiff Xfire, Inc.'s complaint is January 9, 2007, and an Initial Case Management Conference
5   is scheduled for January 19, 2007, and
6   WHEREAS the parties agree that extending (1) the time by which defendant IGN
7   Entertainment, Inc. must respond to plaintiff Xfire, Inc.'s complaint and (2) the date for the Initial
8   Case Management Conference would facilitate reaching settlement of this action,
9   NOW, THEREFORE, the parties, by and through their respective counsel hereby:
10  (1) stipulate and agree that the time for defendant IGN Entertainment, Inc. to respond to the
11      Complaint shall be extended to and including January 16, 2007 and
12  (2) request that the Initial Case Management Conference currently scheduled for January 19, 2007
13      be taken off calendar and rescheduled to the next available date.

Respectfully submitted,

Dated: January 9, 2007          SHEARMAN & STERLING LLP


                                By: */s/ Vicki S. Veenker*
                                    Vicki S. Veenker
                                    Attorneys for Plaintiff
                                    XFIRE, Inc.


Dated: January 9, 2007          GREENBERG TRAURIG, LLP


                                By: */s/ Ian C. Ballon*
                                    Ian C. Ballon
                                    Attorneys for Defendant
                                    IGN Entertainment, Inc.

**SO ORDERED:**   The case management conference is continued to 2/16/07

Dated: _____   _____
                                 Honorable Susan Illston
                                 United States District Judge

STIPULATION RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME
TO RESPOND TO COMPLAINT             2
CASE NO. CV 06 6475 SI