GARY T. LAFAYETTE (State Bar No. 088666)
EDWIN J. WILSON (State Bar No. 048881)
FORREST E. FANG (State Bar No. 122805)
LAFAYETTE & KUMAGAI LLP
100 Spear Street, Suite 600
San Francisco, CA 94105
Telephone:  (415) 357-4600
Facsimile:   (415) 357-4605

STEPHEN D. HIBBARD (State Bar No. 177865)
AZADEH GOWHARRIZI (State Bar No. 239938)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile:  (415) 616-1199

VICKI S. VEENKER (State Bar No. 158669)
ADAM P. NOAH (State Bar No. 198669)
SHEARMAN & STERLING LLP
1080 MARSH ROAD
Menlo Park, CA  94025
Telephone: (650) 838-3600
Facsimile : (650) 838-3699

Attorneys for Plaintiff
XFIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XFIRE, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>IGN ENTERTAINMENT, INC.,<br><br>                    Defendant. | Case No.: CV 06 6475 SI<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

1   WHEREAS the parties to the above-captioned matter have reached a settlement in
2   principle with respect to this action and are in the process of negotiating a settlement agreement,
3   WHEREAS the date by which defendant IGN Entertainment, Inc. must currently respond
4   to plaintiff Xfire, Inc.'s complaint is January 16, 2007, and
5   WHEREAS the parties agree that extending the time by which defendant IGN
6   Entertainment, Inc. must respond to plaintiff Xfire, Inc.'s complaint would facilitate reaching
7   settlement of this action,
8   WHEREAS the proposed modification of time will not alter the date of any event or any
9   deadline already fixed by Court order,
10  NOW, THEREFORE, the parties, by and through their respective counsel, hereby stipulate
11  and agree that the time for defendant IGN Entertainment, Inc. to respond to the Complaint shall be
12  extended to and including January 26, 2007.

Respectfully submitted,

Dated: January 12, 2007                SHEARMAN & STERLING LLP

                                       By: */s/ Vicki S. Veenker*
                                           Vicki S. Veenker
                                           Attorneys for Plaintiff
                                           XFIRE, Inc.

Dated: January 12, 2007                GREENBERG TRAURIG, LLP

                                       By: */s/ Ian C.Ballon*
                                           Ian C. Ballon
                                           Attorneys for Defendant
                                           IGN Entertainment, Inc.



STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT                 2
CASE NO. CV 06 6475 SI