1  GARY T. LAFAYETTE (State Bar No. 088666)
   EDWIN J. WILSON (State Bar No. 048881)
2  FORREST E. FANG (State Bar No. 122805)
   LAFAYETTE & KUMAGAI LLP
3  100 Spear Street, Suite 600
   San Francisco, CA 94105
4  Telephone:  (415) 357-4600
   Facsimile:   (415) 357-4605
5

6  STEPHEN D. HIBBARD (State Bar No. 177865)
   AZADEH GOWHARRIZI (State Bar No. 239938)
7  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
8  San Francisco, CA 94105-2723
   Telephone: (415) 616-1100
9  Facsimile:  (415) 616-1199

10 VICKI S. VEENKER (State Bar No. 158669)
   ADAM P. NOAH (State Bar No. 198669)
11 SHEARMAN & STERLING LLP
   1080 MARSH ROAD
12 Menlo Park, CA  94025
   Telephone: (650) 838-3600
13 Facsimile : (650) 838-3699

14 Attorneys for Plaintiff
   XFIRE, INC.

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

19 XFIRE, INC.,                              Case No.: CV 06 6475 SI

20                        Plaintiff,         **STIPULATION EXTENDING TIME
                                             TO RESPOND TO COMPLAINT**
21            v.

22 IGN ENTERTAINMENT, INC.,

23                        Defendant.

24

25

26

27

28

1      WHEREAS the parties to the above-captioned matter have reached a settlement in

2   principle with respect to this action and are in the process of negotiating a settlement agreement,

3      WHEREAS the date by which defendant IGN Entertainment, Inc. must currently respond

4   to plaintiff Xfire, Inc.'s complaint is January 26, 2007, and

5      WHEREAS the parties agree that extending the time by which defendant IGN

6   Entertainment, Inc. must respond to plaintiff Xfire, Inc.'s complaint would facilitate reaching

7   settlement of this action,

8      WHEREAS the proposed modification of time will not alter the date of any event or any

9   deadline already fixed by Court order,

10     NOW, THEREFORE, the parties, by and through their respective counsel, hereby stipulate

11  and agree that the time for defendant IGN Entertainment, Inc. to respond to the Complaint shall be

12  extended to and including February 2, 2007.

13
                                         Respectfully submitted,
14

15  Dated: January 26, 2007              SHEARMAN & STERLING LLP

16

17                                       By: */s/ Vicki S. Veenker*
                                              Vicki S. Veenker
18                                            Attorneys for Plaintiff
                                              XFIRE, Inc.
19

20  Dated: January 26, 2007              GREENBERG TRAURIG, LLP

21

22                                       By: */s/ Ian C. Ballon*
                                              Ian C. Ballon
23                                            Attorneys for Defendant
                                              IGN Entertainment, Inc.

24

25  

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT                           2
CASE NO. CV 06 6475 SI