1  GARY T. LAFAYETTE (State Bar No. 088666)
   EDWIN J. WILSON (State Bar No. 048881)
2  FORREST E. FANG (State Bar No. 122805)
   LAFAYETTE & KUMAGAI LLP
3  100 Spear Street, Suite 600
   San Francisco, CA 94105
4  Telephone:  (415) 357-4600
   Facsimile:   (415) 357-4605
5

6  STEPHEN D. HIBBARD (State Bar No. 177865)
   AZADEH GOWHARRIZI (State Bar No. 239938)
7  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
8  San Francisco, CA 94105-2723
   Telephone: (415) 616-1100
9  Facsimile:  (415) 616-1199

10 VICKI S. VEENKER (State Bar No. 158669)
   ADAM P. NOAH (State Bar No. 198669)
11 SHEARMAN & STERLING LLP
   1080 MARSH ROAD
12 Menlo Park, CA  94025
   Telephone: (650) 838-3600
13 Facsimile : (650) 838-3699

14 Attorneys for Plaintiff
   XFIRE, INC.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19 XFIRE, INC.,                           Case No.: CV 06 6475 SI

20                  Plaintiff,            **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

21         v.

22 IGN ENTERTAINMENT, INC.,

23                  Defendant.

24
25
26
27
28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT                          1
CASE NO. CV 06 6475 SI

WHEREAS the parties to the above-captioned matter have reached a settlement in principle with respect to this action and are in the process of negotiating a settlement agreement,

WHEREAS the date by which defendant IGN Entertainment, Inc. must currently respond to plaintiff Xfire, Inc.'s complaint is February 2, 2007, and

WHEREAS the parties agree that extending the time by which defendant IGN Entertainment, Inc. must respond to plaintiff Xfire, Inc.'s complaint would facilitate reaching settlement of this action,

WHEREAS the proposed modification of time will not alter the date of any event or any deadline already fixed by Court order,

NOW, THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree that the time for defendant IGN Entertainment, Inc. to respond to the Complaint shall be extended to and including February 12, 2007.

Respectfully submitted,

Dated: February 2, 2007                SHEARMAN & STERLING LLP

By: */s/ Vicki S. Veenker*
    Vicki S. Veenker
    Attorneys for Plaintiff
    XFIRE, Inc.

Dated: February 2, 2007                GREENBERG TRAURIG, LLP

By: */s/ Ian C. Ballon*
    Ian C. Ballon
    Attorneys for Defendant
    IGN Entertainment, Inc.



GRANTED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA